# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RICHARD ALLEN VIA**
**#652082**                                                                                          **PLAINTIFF**

**V.**                        **CASE NO. 4:20-CV-31-LPR-BD**

**DARRELL ELKIN**, *et al*.                                                                **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.      Procedures for Filing Objections**

This Recommendation for dismissal has been sent to Judge Lee P. Rudofsky. Any party may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Rudofsky can adopt this Recommendation without independently reviewing the record.

**II.     Discussion**

Plaintiff Richard Allen Via filed this civil rights lawsuit without the help of a lawyer on January 8, 2020. (Doc. No. 2) Court rules require Plaintiffs who are not represented by counsel to promptly notify the Court when they move to a new address so that the Court and opposing parties can communicate with them. Local Rule 5.5.

On July 8, Defendants Elkin and May moved to dismiss this case, stating that mail they sent to Mr. Via had been returned to them as undeliverable. (Doc. No. 16) Rather than recommending dismissal, the Court ordered Mr. Via to notify the Court of his current address by August 8 or risk dismissal of his claims. (Doc. No. 19) That order was returned to the Court on July 28, as undeliverable. (Doc. No. 20) In fact, Mr. Via has not communicated with the Court since February 25.

### III. Conclusion

The Court recommends that Defendants' motion to dismiss (Doc. No. 16) be GRANTED. Mr. Via's claims should be DISMISSED, without prejudice, based on his failure to comply with the Court's July 9 Order and his failure to prosecute the claims he raised in this lawsuit. Further, the Defendants' August 13 motion to dismiss (Doc. No. 21) should be denied as moot.

DATED this 14th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE