**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RICHARD ALLEN VIA**
**#652082**                                                                                                **PLAINTIFF**

**V.**                           **CASE NO. 4:20-cv-31-LPR-BD**

**DARRELL ELKIN**, *et al*.                                                                **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' July 8, 2020 Motion to Dismiss (Doc. No. 16) is GRANTED. Mr. Via's lawsuit is DISMISSED without prejudice. Defendants' August 13, 2020 Motion to Dismiss (Doc. No. 21) is denied as moot.

IT IS SO ORDERED, this 31st day of August, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE