**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RICHARD ALLEN VIA**
**#652082**                                                                                                    **PLAINTIFF**

V.                        **CASE NO. 4:20-cv-31-LPR-BD**

**DARRELL ELKIN,** *et al*.                                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 31st day of August, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE